Joseph R. Manning, Jr. (SBN 223381)
Craig G. Cote (SBN 132885)
Michael J. Manning (SBN 286879)
Tristan P. Jankowski (SBN 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VAHE POLADIAN, an individual; JACQUELINE POLADIAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01200-DSF-MRWx<br><br>Hon. Dale S. Fischer<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JACQUELINE POLADIAN ONLY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)**<br><br>Complaint Filed: June 14, 2019<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Carmen John Perri ("Plaintiff") hereby voluntarily dismisses Defendant, Jacqueline Poladian, only. from the above-captioned action; and without further notice, such dismissal shall be without prejudice.

Respectfully submitted,

DATED : October 14, 2019

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Carmen John Perri

# CERTIFICATE OF SERVICE

I certify that on October 14, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: October 14, 2019                    **MANNING LAW, APC**


By:    */s/ Joseph R. Manning, Jr., Esq.*
       Joseph R. Manning, Jr., Esq.
       Attorney for Plaintiff,
       Carmen John Perri